# EXHIBIT A

# Kelli White Jones

Belmont, CA 94002
Phone: 650-400-6633
E-mail: kelli@white-corp.com   Website: www.white-corp.com

## Objective

To combine my problem solving and critical thinking skills with my 18 years experience in aviation, regulatory compliance, and legal case work to assist parties in resolving disputes. Areas of interest include, but are not limited to: aviation, personal injury, product liability, employment, and probate.

## Core Competencies

- Judgment, critical thinking, and open-minded aptitudes and abilities.
- Fairness, equity, and justice core strengths.
- Strong problem solving skills.
- Strong organizational and analytical skills.

## Professional Highlights

- Case preparation and expert witness testimony (personal injury, product liability, and regulatory compliance, cases for both plaintiffs and defendants).
- 18 years aviation industry experience.
- Extensive work interpreting and applying the Federal Aviation Regulations.
- Formal training in conflict resolution and mediation.
- Experience working with unions (AFA/AIM), the FAA, the NTSB, airlines, passenger advocacy groups, and other industry working groups (SAE – Society of Automotive Engineers, WIA – Women in Aviation, etc.)

## Work Experience

**Cabin Safety Consultant and Mediator** (2009 – Present)
WHITE Consulting & Mediation (Belmont, CA)

- Provide consulting services and subject matter expertise in the areas of cabin, passenger, and flight attendant safety.
- Coordinate with government agencies and ensure regulatory compliance.
- Assist with aircraft certification.
- Provide litigation support and case consulting.
- Offer mediation services to the aviation industry for both passenger & employee issues and concerns.

**Mediator/Case Developer** (2008 – Present)
Community Boards (San Francisco, CA) and PCRC – Peninsula Conflict Resolution Center (San Mateo, CA)

- Mediate cases to resolve conflict between parties in the community.
- Develop cases, coordinating with both parties.
- Provide intake for cases, explaining the mediation process to parties in conflict.

**President – Investigations and Compliance** (2001 – 2009)
Cabin Safety Consultants, Inc. (Belmont, CA)

- Trained of accident investigation techniques. Instructor for NTSB Academy - *Survival Factors in Aviation Accidents*.
- Researched and resolved cabin, flight attendant, and passenger safety issues.
- Litigation support - assist with case development and expert witness testimony.
- Developed and produced educational public service announcements on travel safety.
- Researched aircraft emergency equipment to support government contractors on projects designed to enhance passenger safety and security.

**Co-Founder and Board Member** (2006 – 2009)
Courage To Be You, Inc. (Sacramento, CA)

- Developed programs, policies, and procedures that support the mission of the non-profit.
- Coached clients: provided encouragement, focus, and a new perspective to resolve old problems.
- Volunteer mediator/conflict resolution facilitator.
- Developed and administered scholarship program to enable orphaned students to attend college.

**Sr. Staff Investigator – Inflight Safety** (1995 – 2001)
United Airlines (San Francisco Maintenance Operations Center, San Francisco Int'l Airport)

- Coordinated government agency interface for all regulatory compliance issues with regards to passengers, flight attendants, and cabin safety, at all levels of the FAA including: CSIs, POIs, CMOs, and CAMI researchers.
- Assisted with aircraft certification procedures (aircraft conformity, proving runs, etc.)
- Investigated accidents or unusual incidents that occurred in the aircraft cabin.
- Coordinated procedure and manual changes with respect to cabin safety and regulatory compliance issues.
- Developed passenger safety video, passenger safety card, and flight attendant announcements to ensure compliance with the Federal Aviation Regulations and to enhance passenger safety.

**Senior Engineer** (1992 – 1995)
United Airlines (San Francisco Maintenance Operations Center, San Francisco Int'l Airport)

- Controlled documentation and designed engineering solutions for aircraft seat maintenance issues.
- Managed programs for cabin interior component design and modification.

**Engineer** (1991 – 1992)
Department of the Navy (Alameda Naval Air Station – Alameda, CA)

## Education

**Graduate Certificate in Conflict Resolution** (Summer, 2009)
Golden Gate University Graduate School

**BSAAE** (1990)

Purdue University – Bachelor of Science in Aeronautical and Astronautical Engineering

Interests

- Coordinated international service project trips.
- Host of international students.
- Trained Life Coach – Institute for Life Coach Training (2007)
- International Teen Interchange Delegation Leader.
- Extensive travel experience professionally and personally.
- CASA – (Court Appointed Special Advocate) Child Advocate for San Mateo County Juvenile Court System.
- Athletic Activities (kickboxing, swimming, Pilates, hiking, & biking)

References, fee schedule, and case experience available upon request.

# Attachment I

| Parties | Court | Deposition Date |
|---|---|---|
| Cabatay vs. United Airlines | in the United States District Court State of California, Northern District | 1/11/1996 |
| Silva vs. United Airlines* | In the Superior Court of the State of California County of Sonoma | 2/26/1996 |
| Manke vs. United Airlines | in the United States District Court in and for the District of Colorado | 2/26/97, 4/18/97, & 9/30/97 |
| Lagrotteria vs. United Airlines | in the Circuit Court of Cook County, Illinois County Department Law Division | 7/23/1999 |
| Susie Low vs. United Airlines | Superior Court of the State of California County of Orange, Central Justice Center | 5/23/2001 |
| Watson vs. United Airlines** | in the United States District Court for the District of Colorado | 2001 - report only |
| Benton vs. SW** | Superior Court of the State of California County of Los Angeles | 5/27/2003 |
| Vantrease vs. Southwest Airlines** | Superior Court of the State of California for the County of Los Angeles | 11/6/2003 |
| Craven vs. American Airlines** | in the United States District Court for the Eastern District of Maryland | 2005 - report only |
| McNeil vs. USAirways | In the United States District Court for the Western District of Pennsylvania | Arbitration May, 2007 |
| Passerini vs. USAirways | | 6/23/08 - report only |
| Nicholson vs. USA | | January, 2010 - report only |

*Designated an expert for the standerd of care in the industry during trial.
**Provided expert testimony.