UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA MARIE THOMPSON, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAWAIIAN AIRLINES, INC., a Hawaii corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV09-4515 CAS (PLAx)<br><br>**JUDGMENT** |

On September 14, 2010 this action came on for a jury trial, the Honorable Christina A. Snyder presiding. On September 21, 2010, the jury rendered its verdict in this case. In accordance with that verdict and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that:

1.　Plaintiff Julia M. Thompson takes nothing by this suit;

2.　The action is dismissed on its merits; and

3.　Defendant Hawaiian Airlines, Inc. may recover its costs of suit as taxed in this matter from the plaintiff.

DATED: October 6, 2010

　　　　　　　　　　　　　　　　　　*/s/ Christina A. Snyder*
　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER, JUDGE

---

JUDGMENT
CASE NO.: CV09-4515 CAS (PLAx)　　　　　　　　　　　　　　　　　9819V.1